IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDY V. KUCHMA,<br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, *et al.*,<br>　　　　　Defendants. | No: 1:23-cv-00331-MSN-LRV |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Dkt. No. 9). Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　Hon. Michael S. Nachmanoff
　　　　　　　　　　　　　　　　　　　　United States District Judge

Alexandria, Virginia
July 5, 2023